IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03445-PAB-BNB

MARTHA MURPHY,

Plaintiff,

v.

PAGOSA LAKES PROPERTY OWNERS ASSOCIATION, a Colorado not-for-profit corporation,

Defendant.

---

## MINUTE ORDER

---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 17, filed September 23, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery deadline is extended to **October 3, 2014**, solely for the purpose of taking the depositions of Martha Murphy and Shelly Johnson.

DATED:  September 24, 2014